Opinion filed April 5, 1932. Rehearing denied and opinion modified April 18, 1932.

Joseph F. Edward, Augustine J. Bowe and William J. Bowe, for appellant. John A. Bloomingston, for appellees. McKenna & Harris, for appellee Charles J. Agnew; James J. McKenna and Abraham W. Brussell, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

Willimina McCleod Hogg, appellee, v. Dr. Clinton D. Collins, appellant. Gen. No. 35,510.

Opinion filed April 5, 1932.

Edward W. Rawlins and Eugene P. Kealy, for appellant. Milton H. Weiss and Dosland, Conner & Mayfield, for appellee.

Mr. Justice Kerner delivered the opinion of the court.

Central Trust Company of Illinois, appellee, v. Kraemer Building Corporation et al., defendants, on appeal of Marcella Kobs, appellant. Gen. No. 35,570.

Opinion filed April 5, 1932.

Gallagher & McDevitt and Shulman, Shulman & Abrams, for appellant; Meyer Abrams and Vincent G. Gallagher, of counsel. Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellee.

Mr. Justice Kerner delivered the opinion of the court.

The People of the State of Illinois, appellee, v. Arthur B. Knight et al., defendants. Arthur B. Knight, appellant. Gen. No. 35,852.

Opinion filed April 5, 1932. Rehearing denied April 18, 1932.

Joseph B. Lawler and C. Ray Smith, for appellant. Henry M. Ashton, for appellee; Edward M. Winston, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

The People of the State of Illinois, appellee, v. Arthur B. Knight et al., defendants. Arthur B. Knight, appellant. Gen. No. 35,853.

Opinion filed April 5, 1932. Rehearing denied April 18, 1932.